AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 9/11/07 |
|---|---|

| NAME OF SERVER (PRINT) Hilary J. Garner | TITLE Legal Assistant |
|---|---|

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

_____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

_____

G  Other (specify):  Mailed copy of the Summons and Complaint via First Class Certified Return Receipt to John J. Doll, Commissioner of Patents at Mail Stop 8, PO Box 1450, Alexandria, VA 22313-1450

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/11/07                    _Garner_
                     Date              Signature of Server


                            1300 I Street, NW Ste 400-East
                            Address of Server  Washington, DC 20005

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.