AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 9/11/07 |
| NAME OF SERVER (PRINT) Hilary J. Garner | TITLE Legal Assistant |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Mailed copy of Summons & Complaint via first class Certified Return Receipt to Alberto Gonzales at 950 Pennsylvania Avenue, N.W. Washington, DC 20530

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/11/07
Date

Signature of Server: L. Garner

Address of Server: 1300 I Street, N.W. Ste 400 East
Washington DC 20530

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.