UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER O'SHANNESSY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN J. DOLL, )<br>Executive Director, )<br>Commissioner for Patents, )<br>)<br>)<br>Defendant. ) | Civ. Action No. 07-1608 (ESH)<br>ECF |

## PRAECIPE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney Blanche L. Bruce as counsel for the defendant in the above-captioned case.

Respectfully submitted,

/s/
_____
BLANCHE L. BRUCE
D.C. Bar No. 960245
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
(202) 307-6078