AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Peter O'Shannessy

**SUMMONS IN A CIVIL CASE**

V.

John J. Doll

CASE

Case: 1:07-cv-01608
Assigned To : Huvelle, Ellen S.
Assign. Date : 9/11/2007
Description: Admn. Agency Review

TO: (Name and address of Defendant)
John J. Doll
Commissioner of Patents

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Donald R. Dinan
Roetzel & Andress, LPA
1300 I Street, N.W.
Suite 400-East
Washington, DC 20005

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                         SEP 1 1 2007

CLERK                                            DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 9/11/07 |
| NAME OF SERVER (PRINT) Hilary J. Garner | TITLE Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Mailed copy of the Summons and Complaint via First Class Certified Return Receipt to John J. Doll, Commissioner of Patents at Mail Stop 8, PO Box 1450, Alexandria, VA 22313-1450

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/11/07
             Date

Signature of Server

Address of Server: 1300 I Street, NW Ste 400-East
Washington, DC 20005

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>John J. Doll<br>Commissioner of Patents<br>Mail Stop 8<br>PO Box 1450<br>Alexandria, VA<br>22313-1450 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>RECEIVED<br>SEP 1 4 2007<br>USPTO MAIL CENTER<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 0390 0002 8152 5166 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-154