AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Peter O'Shannessy

**SUMMONS IN A CIVIL CASE**

V.

John J. Doll

CAS

Case: 1:07-cv-01608
Assigned To : Huvelle, Ellen S.
Assign. Date : 9/11/2007
Description: Admn. Agency Review

TO: (Name and address of Defendant)

Jeffery A. Taylor
U.S. Attorney for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Donald R. Dinan
Roetzel & Andress, LPA
1300 I Street, N.W.
Suite 400-East
Washington, DC 20005

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON            SEP 11 2007

CLERK                               DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 9/11/07 |
| NAME OF SERVER (PRINT) Christopher Dorn | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: Lakesha Carroll - Docket Clerk

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/11/07
            Date

            _____
            Signature of Server

            1050 17th St, NW #700  Washington, DC 20036
            Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.