Case 1:07-cv-01608-ESH    Document 10    Filed 10/25/2007    Page 1 of 4

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Peter O'Shannessy<br>191 Wattle Valley Road<br>Camberwell, Victoria 3124<br>Australia<br>    Plaintiff<br>  v.<br><br>John J. Doll<br>Commissioner for Patents<br>Mail Stop 8<br>P.O. Box 1450<br>Alexandria, VA 22313<br><br>    Defendant. | Case: 1:07-cv-01608<br>Assigned To: Huvelle, Ellen S.<br>Assign Date: 9/11/2007<br>Description: Admin. Agency Review |

**<u>UNOPPOSED MOTION TO TRANSFER FOR PROPER VENUE, 28 U.S.C. 1391 et seq.</u>**

Now comes Plaintiff, Peter O'Shannessy ("O'Shannessy"), by and through counsel, and moves the court for transfer of this case to the United States District Court for the Eastern District of Virginia ("EDVA"). Because the Defendant resides in the EDVA, the events or omissions giving rise to the claim occurred in the EDVA, and the Plaintiff is an alien (a resident of Australia), venue under 28 U.S.C. 1391 *et seq*. is proper only in EDVA. Because this District lacks proper venue over this matter which involves acts which occurred at the Patent Office in Alexandria, Virginia, and it is in the interest of justice to transfer to the appropriate forum, a transfer of the case is procedurally correct.

In the recently decided District Court for the District of Columbia case of *Michilin Prosperity Co., Ltd. v. Jon W. Dudas*, cv 06-1471, this court granted a motion to transfer to the EDVA on the basis that the central acts occurred at the Patent Office in Alexandria, Virginia, and the Plaintiff was an alien. The *Michilin* opinion explains that the interests of justice require transferring such cases to the appropriate judicial district rather than dismissal. *Michilin* at 4,

350636 v_01 \ 114374.0001

citing *Hoffman v. Fairfax County Redev. & Housing Authority,* 276 F. Supp.2d 14, 19 (D.D.C. 2003). The court in *Michilin* favored transfer over dismissal to avoid needless and costly re-filing. *Capital Bank Int'l, Ltd. v. Citigroup, Inc.*, 276 F. Supp.2d 72, 78 (D.D.C. 2003).

Plaintiff's Motion to Transfer is unopposed by Defendant's assigned counsel, Assistant U.S. Attorney Blanche Bruce, who consented and stipulated to this Motion to Transfer by telephone conference with Plaintiff's counsel on October 18, 2007.

Because the Motion to Transfer is premised upon proper venue under 28 U.S.C. 1391(e) grant of the Motion to Transfer by the appended ORDER is appropriate.

Respectfully submitted,

/s/ Donald R. Dinan
Donald R. Dinan
Attorney No. 234997
Roetzel & Andress
1300 Eye Street N.W.
Suite 400-East
Washington, D.C. 2005
(202) 216-8302 (direct)
(202) 625-0600 (reception)
(202) 338-6340 (facsimile)
email: ddinan@ralaw.com
Attorneys for Plaintiff Peter O'Shannessy

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the following parties have been served with a true and correct copy of this MOTION TO TRANSFER and ORDER, in the manner as indicated, on this 25th day of October, 2007.

By U.S. mail to:

Heather F. Auyang
Associate Solicitor
United States Patent and Trademark Office
Office of the Solicitor
P.O. Box 15667
Arlington, VA 22215


United States Patent and Trademark Office
Mail Stop 8
P.O. Box 1450
Alexandria, VA 22313-1450


Blanche Bruce
Assistant United States Attorney
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001


                                                    ./s/ Donald R. Dinan

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Peter O'Shannessy : <br> 191 Wattle Valley Road : <br> Camberwell, Victoria 3124 : <br> Australia : <br>       Plaintiff : <br>   v. : <br> : <br> John J. Doll : <br> Commissioner for Patents : <br> Mail Stop 8 : <br> P.O. Box 1450 : <br> Alexandria, VA 22313 : <br> : <br>       Defendant. : <br> : | Case: 1:07-cv-01608 <br> Assigned To: Huvelle, Ellen S. <br> Assign Date: 9/11/2007 <br> Description: Admin. Agency Review |

**ORDER**

On Plaintiff's unopposed MOTION TO TRANSFER to the captioned case to the United States District Court for the Eastern District of Virginia for proper venue under 28 U.S.C. 1391 *et seq.*, the MOTION TO TRANSFER is hereby granted, and the Clerk of the Court hereby ordered to transfer the case to the docket of the United States District Court for the Eastern District of Virginia, Alexandria division.

SIGNED this ____ day of October, 2007.

                                                                              _____
                                                                              Ellen S. Huvelle
                                                                              United States District Judge

350636 v_01 \ 114374.0001