UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER O'SHANNESSY, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 07-01608 (ESH) |
| JOHN J. DOLL, | ) |
| Respondent. | ) |

## ORDER

Plaintiff's unopposed motion to change venue is GRANTED. The Clerk of the Court is hereby ORDERED to transfer the case to the docket of the United States District Court for the Eastern District of Virginia.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: October 25, 2007